DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT L. MARTIN,**
Appellant,

v.

**LAKESIDE AT TAMARAC CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D21-2137

[April 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE19-005199.

Robert L. Martin, Tamarac, pro se.

Daniel C. Lopez of Frank Perez-Siam, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and Artau, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***